In the Matter of MART WATERMAN HOLDING CORPORATION, Respondent.

FRIEDA S. MILLER, as Industrial Commissioner, Appellant.

Submitted December 5, 1941; decided January 22, 1942.

*John J. Bennett, Jr., Attorney-General (W. Gerard Ryan* and *Henry Epstein* of counsel), for appellant.

*Francis G. Hoyt* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.